UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER | ) Case No.: 2:21-cv-01351-MCE-CKD |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RICCI HOLDINGS, L.P., a California Limited Partnership; HUGO CERVANTES; ALICIA CERVANTES | ) |
| Defendants. | ) |

The Court hereby vacates all currently set dates, subject to the order that the parties will file a Joint Stipulation for Dismissal within 60 days.

IT IS SO ORDERED.

Dated: November 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE