UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　　Plaintiff,<br>　　v.<br><br>RICCI HOLDINGS, L.P., a California Limited Partnership;<br>HUGO CERVANTES;<br>ALICIA CERVANTES<br><br>　　　　Defendants. | Case: 2:21-cv-01351-MCE-CKD<br><br>**ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

　　IT IS SO ORDERED.

Dated:  January 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE